**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

v.

**Vernon JOHNSON et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 21, 1964.

Rehearing Denied May 1, 1964.

---

John B. Breckinridge, Atty. Gen., William A. Lamkin, Jr., Asst. Atty. Gen., Frankfort, Larry C. West, Dept. of Highways, Covington, for appellant.

Jesse S. Hogg, Winchester, for appellees.

MONTGOMERY, Judge.

Vernon Johnson et al. were awarded $5,000 for land taken and for resulting damages in a condemnation action instituted by the Department of Highways. The Department has appealed.

Appellant filed briefs on October 5, 1962, with appropriate notice. Appellees have failed to file a brief. Pursuant to RCA 1.260(c) (3), the failure of appellees to file briefs is regarded as a confession of error, requiring a reversal without consideration of the merits of the case.

Judgment reversed.